AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00266 |
|  | ) Assigned to: Judge Harvey, G. Michael |
| William Robert Norwood III | ) Assign Date: 2/25/2021 |
| (AKA: Robby Norwood, Robbie Norwood) | ) Description: COMPLAINT W/ARREST WARRANT |
| DOB: XX/XX/XXXX | ) |
|  | ) |
|  | ) |
| *Defendant(s)* |  |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 6, 2021___ in the county of _____ in the _____ in the District of ___Columbia___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, | |
| 40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds, | |
| 18 U.S.C. §§ 1512(c)(2) and 2 - Obstruction of Justice/Congress, | |
| 18 U.S.C. § 641 - Theft of Government Property. | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Tyler N. Freeman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __02/25/2021__

_____
*Judge's signature*

City and state:  Washington, D.C.    G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*