AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>William Robert Norwood III<br>(AKA: Robby Norwood, Robbie Norwood)<br>*Defendant* | )<br>)  Case No.<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __William Robert Norwood III__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☒ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds;
18 U.S.C. §§ 1512(c)(2) and 2 - Obstruction of Justice/Congress;
18 U.S.C. § 641 - Theft of Government Property.

Date: 02/25/2021

*Issuing officer's signature*
Digitally signed by G. Michael Harvey
Date: 2021.02.25 20:54:37 -05'00'

City and state: Washington, D.C.   G. MICHAEL HARVEY, U.S. MAGISTRATE JUDGE
*Printed name and title*

### Return

This warrant was received on *(date)* 02/25/2021, and the person was arrested on *(date)* 02/25/2021
at *(city and state)* Greer, South Carolina.

Date: 02/26/2021

*Arresting officer's signature*
Tanya Evanina - Special Agent FBI
*Printed name and title*